OSCN Found Document:RE: TRANSCRIPT RATES

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 RE: TRANSCRIPT RATES
2023 OK 93
Decided: 09/25/2023
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 93, __ P.3d __

 

 

ORDER SETTING TRANSCRIPT FEES

Pursuant to Okla. Const. Art. VII, §4 and §6, and 20 O.S. §106.4 (B), amended by Laws 2023, SB 296, c. 100, § 1, eff. November 1, 2023, the Oklahoma Supreme Court hereby sets the following per page transcript fee for preparation of transcripts of proceedings in the district courts:

¶1 For the preparation of a transcript from shorthand notes or recording device the court reporter is entitled to receive compensation at the following per page fee:

 
 
 
 OFFICIAL TRANSCRIPT
 
 
 PER PAGE FEE
 
 
 
 
 
 
 Standard Rate - Original and First Two Copies
 
 
 $5.00
 
 
 
 
 Additional Paper Copies--regular rate
 
 
 $2.00
 
 
 
 
 Additional Paper Copies -- purchased by the Court Fund, District Attorney or any other State of Oklahoma Entity 
 
 
 $0.25
 
 
 
 
 Differential Page Rate
 (for creating an original official transcript from the notes of another court reporter or by listening to an audio recording made with no court reporter present) 
 
 
 $7.00
 
 
 

¶ 2 "Preparation of a transcript" at the above rates shall include an electronically transmitted copy of the transcript, to be provided by the court reporter to the purchasing party, upon request, at no additional cost. When a transcript is purchased by the Court Fund, District Attorney, or other State of Oklahoma entity, an electronically transmitted copy shall be provided upon request, at no additional cost, to the Judge, District Attorney and to each separately represented indigent party in the case. This Order supersedes SCAD-2020-2 issued on January 13, 2020, and increases the rate specified for additional paper copies purchased by the Court Fund, District Attorney, or other state entity.

¶3 The term "court reporter" means official court reporters employed or contracted in the district courts, and freelance reporters covering any district court proceeding pursuant to 20 O.S. §106.4, paragraph A.2.b.

¶4 The per page fees set forth above shall apply to official transcripts prepared pursuant to 20 O.S. §106.4.

¶5 The effective date of this order is the 1st day of November, 2023.

DONE BY ORDER OF THE OKLAHOMA SUPREME COURT IN CONFERENCE this 25th day of SEPTEMBER, 2023.

/S/CHIEF JUSTICE

Kane, C.J., Rowe, V.C.J., Kauger, Edmondson, Combs, Gurich, Darby and Kuehn, JJ., concur;

Winchester, J., not voting.

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 Title 20. Courts

 
Cite
Name
Level

 
20 O.S. 106.4, 
Methods and Duties of Court Reporter
Discussed at Length

 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA